1  LAW OFFICES OF ISMAEL D. PEREZ
   Ismael D. Perez (Bar No. 145985)
2  111 West St. John Street, Suite 855
   San Jose, California 95113
3  Telephone:    (408) 293-7100
   Facsimile:    (408) 293-7745
4
   Attorneys for Plaintiff
5  Stephen Abel

6  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Scott G. Lawson (Bar No. 174671)
7   Christina L. Wu (Bar No. 233186)
   50 California Street, 22nd Floor
8  San Francisco, California  94111
   Telephone:    (415) 875-6600
9  Facsimile:    (415) 875-6700
   E-Mail:    scottlawson@quinnemanuel.com
10 E-Mail:    christinawu@quinnemanuel.com

11 Attorneys for Defendant
   International Business Machines Corporation
12

13

14                     UNITED STATES DISTRICT COURT

                     NORTHERN DISTRICT OF CALIFORNIA
15
                     SAN JOSE DIVISION        *E-FILED - 1/19/06*
16
   STEPHEN ABEL,                       CASE NO. C 04-03961 RMW
17
            Plaintiff,                 [PROPOSED] ORDER AND
18                                     STIPULATION TO MODIFY THE
       vs.                             EXPERT DISCOVERY SCHEDULE
19
   INTERNATIONAL BUSINESS MACHINES
20 CORPORATION,

21          Defendant.

22

23

24                          **STIPULATION**

25          WHEREAS, under the Court's current Case Management Order, the last day to hear

26 motions for summary judgment is January 20, 2006, and opening expert reports and disclosures

27 are due on February 7, 2006;

28

50835/1816088.1                                        Case No. C 04-03961 RMW
                 [PROPOSED] ORDER AND STIPULATION TO MODIFY EXPERT DISCOVERY SCHEDULE

1    WHEREAS, at the Court's request, the hearing on Defendant's motion for summary

2    judgment has been rescheduled from January 20, 2006 to February 10, 2006;

3    WHEREAS, the parties would like to obtain a ruling on Defendant's motion for

4    summary judgment before incurring the expense of engaging experts;

5    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

6    counsel on behalf of their respective clients that the expert discovery schedule be modified as

7    follows:

8    Exchange Opening Expert Reports and Disclosures: February 24, 2006

9    Exchange Rebuttal Expert Reports and Disclosures: March 17, 2006

10    Beginning of Expert Discovery: March 24, 2006

11    Completion of Expert Discovery: April 24, 2006

12

13    DATED: January 15, 2006          LAW OFFICES OF ISMAEL D. PEREZ

14

15                                      By_____

16                                        Ismael D. Perez
                                          Attorneys for Plaintiff
                                          Stephen Abel

17

18

19    DATED: January 13, 2006          QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES, LLP

20

21                                      By  Scott G. Lawson

22                                        Scott G. Lawson
                                          Attorneys for Defendant
23                                        International Business Machines Corporation

24

25

26

27

28

1

2                                    **ORDER**

3              PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5    Dated:   1/19/06                         /S/ RONALD M. WHYTE
                                              The Honorable Ronald M. Whyte
6                                             United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-                          Case No. C 04-03961 RMW
[PROPOSED] ORDER AND STIPULATION TO MODIFY EXPERT DISCOVERY SCHEDULE