```
 1  LAW OFFICES OF ISMAEL D. PEREZ
      Ismael D. Perez (Bar No. 145985)
 2  111 West St. John Street, Suite 855
    San Jose, California 95113
 3  Telephone:    (408) 293-7100
    Facsimile:    (408) 293-7745
 4
    Attorneys for Plaintiff
 5  Stephen Abel

 6  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      Scott G. Lawson (Bar No. 174671)
 7    Christina L. Wu (Bar No. 233186)
    50 California Street, 22nd Floor
 8  San Francisco, California  94111
    Telephone:    (415) 875-6600
 9  Facsimile:    (415) 875-6700
    E-Mail:       scottlawson@quinnemanuel.com
10  E-Mail:       christinawu@quinnemanuel.com

11  Attorneys for Defendant
    International Business Machines Corporation
12
```

13
14                          UNITED STATES DISTRICT COURT
15                         NORTHERN DISTRICT OF CALIFORNIA
16                  SAN JOSE DIVISION            *E-FILED - 2/23/06*

17  STEPHEN ABEL,                          CASE NO. C 04-03961 RMW

18               Plaintiff,                [PROPOSED ORDER] AND
                                           STIPULATION TO MODIFY THE
19        vs.                              EXPERT DISCOVERY SCHEDULE

20  INTERNATIONAL BUSINESS MACHINES
    CORPORATION,
21
                 Defendant.
22

23

24                                 **STIPULATION**

25        WHEREAS, under the Court's January 19, 2006 Order To Modify The Expert

26  Discovery Schedule, opening expert reports and disclosures are due on February 24, 2006;

27

28

1  WHEREAS, the Court's February 9, 2006 tentative ruling was to grant IBM's
2  Motion for Summary Judgment, conditioned upon IBM's producing a copy of the contents of
3  plaintiff's personnel file;
4  WHEREAS, on February 10, 2006, counsel for IBM produced to counsel for
5  plaintiff documents bearing production numbers IBM-001 through IBM-082;
6  WHEREAS, on February 14, 2006, pursuant to the Court's Order issued at the
7  February 10, 2006 hearing on IBM's motion for summary judgment, IBM e-filed a declaration of
8  its custodian of personnel records declaring that the documents produced to plaintiff's counsel
9  included all of the documents contained in plaintiff Stephen Abel's IBM personnel file;
10 WHEREAS, pursuant to the Court's Order issued at the summary judgment
11 hearing, plaintiff must notify the Court and IBM no later than February 24, 2006 what document
12 in the personnel file he claims memorializes the contract his complaint alleges he had with IBM;
13 WHEREAS, the parties would like to obtain a ruling on IBM's motion for summary
14 judgment before incurring the expense of engaging any expert witnesses;
15 IT IS HEREBY STIPULATED AND AGREED by and between the undersigned
16 counsel on behalf of their respective clients that the expert-discovery schedule be modified as
17 follows:
18   Exchange Opening Expert Reports and Disclosures: March 17, 2006
19   Exchange Rebuttal Expert Reports and Disclosures: April 7, 2006
20   Beginning of Expert Discovery: April 14, 2006
21   Completion of Expert Discovery: May 12, 2006
22
23 DATED: February /5, 2006    LAW OFFICES OF ISMAEL D. PEREZ
24
25                              By_____
                                Ismael D. Perez
26                              Attorneys for Plaintiff
                                Stephen Abel
27
28

DATED: February 15, 2006

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Scott G. Lawson
Attorneys for Defendant
International Business Machines Corporation

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/23/06

/s/ Ronald M. Whyte
The Honorable Ronald M. Whyte
United States District Judge